# Court of Appeals
# of the State of Georgia

ATLANTA, February 27, 2014

*The Court of Appeals hereby passes the following order:*

**A14A0938. CHYNAHN MUHAMMAD, et al. v. IRIS HINTON.**

Chynahn Muhammad and Ali S. Muhammad filed suit against Iris Hinton. The plaintiffs filed a motion for summary judgment, which the trial court denied. They then filed this direct appeal.

The trial court's order denying the motion for summary judgment was not a final order, because the case remains pending below. Accordingly, the plaintiffs were required to comply with the interlocutory appeal procedures of OCGA § 5-6-34 (b) to obtain appellate review at this point. See *Pace Constr. Corp. v. Northpark Assoc.,* 215 Ga. App. 438, 439 (450 SE2d 828) (1994). Because the plaintiffs failed to comply with the requisite interlocutory procedures, their premature appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/27/2014
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*